LAW LIBRARY

NO. 30481

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

CONSTANCE LOUISE SANTOR, Petitioner,

vs.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE
HOLDERS OF THE HOME EQUITY ASSET TRUST 2006-3 HOME EQUITY
PASS-THROUGH CERTIFICATES, SERIES 2006-3; LAW FIRM OF
LEU & OKUDA; KARYN A. DOI; LESTER LEU; PROCESS SERVER
RICHARD ALCOMINDRAS; DEPT. OF PUBLIC SAFETY DIRECTOR
CLAYTON A. FRANK; SHERIFF LT. PATRICK SNIFFEN, Respondents.

ORIGINAL PROCEEDING

ORDER
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the petition filed in the supreme court by petitioner Constance Louise Santor, it appears that we lack jurisdiction to conduct a de novo review of petitioner's grievances. See HRS § 602-5 (Supp. 2009). Therefore,

IT IS HEREBY ORDERED that the petition is dismissed.

DATED: Honolulu, Hawai'i, May 17, 2010.